IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KHAMLOR BOULYAPHONH, §<br>#56156-177 §<br>      Plaintiff, §<br> §<br>v. §<br> §<br>KENT W. STARR, et al., §<br>      Defendants. § | No. 3:22-CV-1443-D |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the November 9, 2022 findings, conclusions, and recommendation of the United States Magistrate Judge, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

**SO ORDERED.**

December 22, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE